UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 22 A 11: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

)
HOUSEHOLD FINANCE CORPORATION )
   Plaintiff, )
)
VS. )   05 C 10342 MLW
)
TRACY A. KILEY A/K/A )
TRACY KILEY ELLIOTT )   MAGISTRATE JUDGE Alexander
   Defendant )
)
)

RECEIPT # 022262
AMOUNT $250
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ✓
WAIVER FORM ___
MCF ISSUED ___
BY DPTY CLK ___
DATE 2/22/05

**NOTICE OF REMOVAL**

1. Pursuant to 28 U.S.C. § 1441(b), 1331, and 1446, the Plaintiff and Defendant in Counterclaim, Household Finance Corporation ("Household") hereby remove to this Court the above-captioned state court civil action which is pending in the District Court Department of the Trial Court, Edgartown Division, Commonwealth of Massachusetts.

2. On or about February 9, 2005, the Defendant, Tracy A. Kiley a/k/a Tracy Kiley Elliott, ("Kiley") filed a counterclaim ("Counterclaim") in Civil Action, 0535CV0004 against Household Finance Corporation. The Counterclaim sets forth allegations under 15 U.S.C. § 1692, the Fair Debt Collection Practices Act. Kiley alleges that she informed Household of her intention to file bankruptcy and that the underlying obligation for which Civil Action 0535CV0004 is based, would be included in that

bankruptcy filing. Kiley alleges that Household violated 15 U.S.C. § 1692(c) in its attempt to collect the debt owed to Household.

3. This Court has original jurisdiction of the above-captioned action pursuant to 28 U.S.C. § 1331 as the claims asserted on the face of the Counterclaim present questions under federal law. To the extent the Counterclaim asserts any claim under state law, this court may exercise jurisdiction over those claims as well pursuant to 28 U.S.C. § 1367(a).

4. This Notice is filed with this Court within thirty (30) days after attempted service of the Counterclaim.

Plaintiff and Defendant in Counterclaim,
Household Finance Corporation
By their Attorneys,
Shechtman Halperin Savage, LLP,

_____
Shawn M. Masterson, #658276
86 Weybosset Street
Providence, RI 02903
(401) 272-1400 phone
(401) 272-1403 fax

## CERTIFICATE OF SERVICE

I certify that the within Notice of Removal was served upon the following *pro se* Defendant/Plaintiff in Counterclaim by first class mail, postage prepaid, on February _, 2005:

**Tracy A. Kiley a/k/a Tracy Kiley Elliott**
108 West Tashmoo Avenue
Vineyard Haven, MA 02568

_____
Shawn M. Masterson

2

COMMONWEALTH OF MASSACHUSETTS

DUKES, SS

DISTRICT COURT DEPARTMENT
OF THE TRIAL COURT
EDGARTOWN DIVISION
Civil Action No. 0535CV0004

HOUSEHOLD FINANCE CORPORATION,
   Plaintiff

VS.

TRACY A KILEY A/K/A
TRACY KILEY ELLIOTT,
   Defendant

## ANSWER TO COMPLAINT
### COUNT I

1. Agreed

2. Tracy A. Kiley ("Defendant") N/K/A Tracy Kiley Elliott is an individual residing at 108 West Tashmoo Ave, Vineyard Haven, Dukes County, Massachusetts.

3. Disagree

### COUNT II

4. Disagree

5. Agreed

6. Agreed

7. Disagree

8. Disagree

COMMONWEALTH OF MASSACHUSETTS

DUKES, SS

DISTRICT COURT DEPARTMENT
OF THE TRIAL COURT
EDGARTOWN DIVISION
Civil Action No. 0535CV0004

## COUNTERCLAIM

1. Tracy Kiley Elliott ("Defendant") intends to file personal bankruptcy. Household Finance Corporation ("Plaintiff") has been informed that this debt will be included in the bankruptcy filing.

2. Plaintiff has violated the Mass. Gen Law Chapter 93A, 940 Code of Mass. Regs. 7.00 in an attempt to collect this debt.

3. Plaintiff has violated the Federal Law 15 USC 1692c in an attempt to collect this debt.

WHEREFORE, Defendant requests the following relief:

1. That the Court dismiss this Civil Action, as the case should be handled in the

Massachusetts Bankruptcy Court; and

2. For such other relief as the Court may deem just and equitable.

Defendant,

*[signature]*

Tracy Kiley Elliott
PO Box 2794
108 W. Tashmoo Ave.
Vineyard Haven, MA 02568
(508) 696-8702

Dated: February 4, 2005

COMMONWEALTH OF MASSACHUSETTS

DUKES, SS

DISTRICT COURT DEPARTMENT
OF THE TRIAL COURT
EDGARTOWN DIVISION
Civil Action No.:

0535CV0004

HOUSEHOLD FINANCE CORPORATION,
Plaintiff

VS.

TRACY A KILEY A/K/A
TRACY KILEY ELLIOTT,
Defendant

## COMPLAINT
### COUNT I

1. Household Finance Corporation, ("Plaintiff") is a business entity with a principal place of business at 841 Seahawk Circle, Virginia Beach, Virginia.

2. Tracy A Kiley ("Defendant") is an individual residing at 111 West Tashmoo Ave, Vineyard Haven, Dukes County, Massachusetts.

3. Defendant owes Plaintiff the sum of $5,999.90 on account.

WHEREFORE, Plaintiff requests the following relief:

1. That the Court enter judgment against Defendant in the amount of $5,999.90, plus interest and costs; and

2. For such other relief as the Court may deem just and equitable.

### COUNT II

4. Plaintiff specifically incorporates herein the allegations contained in Paragraphs 1 and 2 of Count I hereof.

5. On or about June 16, 2003, the Defendant executed a promissory note in the principal amount of $5,999.90 with interest at the rate therein-specified payable to the holder thereof (the "Note").

6. Plaintiff is the present holder of the Note.

7. Defendant has failed and refused to make payments as and when required, and is currently in default.

8. Defendant owes Plaintiff the principal sum of $5,999.90, plus accrued interest at the reate of 23.00% since the date of default, which was on or about June 17, 2003 through April 13, 2004, in the amount of $1,138.24, together with additional interest from and after December 22, 2004, cost of collection, and reasonable attorneys fees as provided in the Note.

WHEREFORE, Plaintiff requests the following relief:

1. That the Court enter judgment against Defendant in the amount of $7,138.14, plus interest from and after December 22, 2004 at the rate of 12.000% per annum, plus costs and attorney's fees;

2. For such other relief as the Court may deem just and equitable.

Plaintiff,
By its attorneys,
Shechtman Halperin Savage, LLP

Shawn M. Masterson #658276
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

Dated: December 22, 2004

COMMONWEALTH OF MASSACHUSETTS

DUKES, SS

DISTRICT COURT DEPARTMENT
OF THE TRIAL COURT
EDGARTOWN DIVISION
Civil Action No.:

HOUSEHOLD FINANCE CORPORATION,
    Plaintiff

VS.

TRACY A KILEY A/K/A
TRACY KILEY ELLIOTT
    Defendant

STATEMENT OF PARENT COMPANIES AND PUBLIC COMPANIES

Pursuant to the Supreme Judicial Court Rule of Corporate Disclosure Statement on Possible Judicial Conflicts of Interest, (SJC Rule 1:21), HOUSEHOLD FINANCE CORPORATION hereby lists as follows:

| | |
|---|---|
| Parent Companies of the Plaintiff: | Household International |
| Publicly held Companies that own 10% or more of the Plaintiff: | HSBC Hong Kong Sheng Chid Bank Incorporated |

PLAINTIFF,
By its attorneys,
Shechtman Halperin Savage, LLP

Shawn M. Masterson #658276
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

Dated: December 22, 2004

| STATEMENT OF DAMAGES (To be added to complaint by clerk) St. 1996, c. 358, s. 5 | DOCKET NUMBER | Trial Court of Massachusetts |
|---|---|---|
| PLAINTIFF(S) <br> HOUSEHOLD FINANCE CORPORATION | DEFENDANT(S) <br> TRACY A KILEY a/k/a <br> TRACY KILEY ELLIOTT | |
| INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT COURT CIVIL ACTIONS SEEKING MONEY DAMAGES | EDGARTOWN DIVISION   DISTRICT COURT | |

| TORT CLAIMS | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
| 1. Total Hospital expenses: | $ |
| 2. Total doctor expenses: | $ |
| 3. Total chiropractic expenses: | $ |
| 4. Total physical therapy expenses: | $ |
| 5. Total other expenses: (Describe): | $ |
| SUBTOTAL: | $ |
| B. Documented lost wages and compensation to date: | $ |
| C. Documented property damages to date: | $ |
| D. Reasonably anticipated future medical and hospital expenses: | $ |
| E. Reasonably anticipated lost wages: | $ |
| F. Other documented items of damage (Describe): | $ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe): | |
| For this form, disregard double or treble damage claims; indicate single damages only.   TOTAL: | |

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| Provide a detailed description of claim(s):  CLAIM ON A DEFAULTED PROMISSORY NOTE | $ 7,138.14 |
| | $ |
| | $ |
| For this form, disregard double or treble damage claims; indicate single damages only.   TOTAL: | $7,138.14 |

ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF)

_____  12/22/2004
Shawn M. Masterson #658276
86 Weybosset Street
Providence, RI 02903

DEFENDANT'S NAME AND ADDRESS
TRACY A KILEY a/k/a TRACY KILEY ELLIOTT
111 West Tashmoo Ave
Vineyard Haven, Massachusetts 02568

Case 1:05-cv-10342-MLW    Document 2    Filed 02/22/2005    Page 6 of 7

Uniform Form DCM-13
AR4-76

Trial Court of The Commonwealth
District Courts of Massachusetts

# DUKES

_____, ss

HOUSEHOLD FINANCE CORPORATION

VS.

TRACY A KILEY A/K/A
TRACY KILEY ELLIOTT

Civil Action No. __0535CV0004__

## SUMMONS
(Rule 4)

To defendant __Tracy A Kiley__ of __111 West Tashmoo Ave, Vineyard Haven, MA__
            (name)                                    (address)

You are hereby summoned and required to serve upon __Shawn M. Masterson__, plaintiff('s attorney), whose address is __86 Weybosset St. Providence, RI 02903__, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS _____BRIAN ROWE_____, Presiding Justice, on _____.
                                                                    (date)

(SEAL)

_____
                    Clerk

Note: (1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
      (2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

## RETURN OF SERVICE

County of Dukes County, ss.                                January 19, 2005

I hereby certify and return that I this day served an attested copy of the within Summons, together with a copy of the Complaint and Statement of Damages, in this action, upon the within named defendant, Tracy A. Kiley a/k/a Tracy Kiley Elliott, in the following manner: by delivering, in hand, to said defendant.

Fees:
    service, in hand     30.00
    travel/auto hire      7.65          _Linda J. Hanover_
    attested copies       5.00          Linda J. Hanover
    return & mailing      3.50          Deputy Sheriff
Total:                   46.15          County of Dukes County

(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent (G.L. c 223, sec. 31).

FORM 2410  (H&W) HOBBS & WARREN™   This form prescribed by the Chief Justice of the District Courts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Household Finance Corporation vs. Tracy A. Kiley a/k/a Tracy Kiley Elliott

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,         *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ☐    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ☒    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   Shawn M. Masterson, BBO #658276
ADDRESS   86 Weybosset Street, Providence, RI 02903
TELEPHONE NO.   (877) 575-1400

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Household Finance Corporation

**DEFENDANTS**
Tracy A. Kiley a/k/a Tracy Kiley Elliott

(b) County of Residence of First Listed Plaintiff: Virginia Beach, VA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Dukes
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Shechtman Halperin Savage, LLP
86 Weybosset St., Providence RI 02903

Attorneys (If Known)
Pro se

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1692
Brief description of cause:
Breach of Contract/Def. alleges improper communication in debt collection

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Plaintiff $7,138.14 plus interest, costs and fees
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 2-16-05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____