# LOAN REPAYMENT AND SECURITY AGREEMENT (Page 1 of 3)

**LENDER** (called "We", "Us", "Our")
BENEFICIAL MASSACHUSETTS INC.
251 W CENTRAL ST
STE 10
NATICK MA 01760



**BORROWERS** (called "You", "Your")      LOAN NO:      521704-545787
KILEY, TRACY A
SS# 012587554
PO BOX 2794
VINEYARD HAVE MA 02568

| DATE OF LOAN | FIRST PAYMENT DUE DATE | OTHERS SAME DAY OF EACH MONTH | SCHEDULED MATURITY DATE | | CONTRACT RATE (per year) |
|---|---|---|---|---|---|
| 06/16/2003 | 07/16/2003 | | 06/16/2008 | | 23.000 % |
| TOTAL OF PAYMENTS | AMOUNT FINANCED | PRINCIPAL | | | |
| $ 10,148.40 | $ 5,999.90 | $ 5,999.90 | | | |
| TOTAL FINANCE CHARGE | SCHEDULED INTEREST | ADMINISTRATIVE CHARGE | | OFFICIAL FEES | |
| $ 4,148.50 | $ 4,148.50 | $ .00 | | $ .00 | |
| LIFE INS PREMIUM | DISABILITY INS PREMIUM | IUI PREMIUM | | | |
| $ NONE | $ NONE | $ NONE | | | |
| FIRST INSTALLMENT | MONTHLY INSTALLMENT | | | TERM PERIOD | |
| $ 169.14 | $ 169.14 | | | 60 | |

REQUIRED INSURANCE. You must obtain insurance for term of loan covering security for this loan as indicated by the word "YES" below, naming us as Loss Payee:

Physical damage insurance on vehicle listed under "Security" above if "Y" appears under "Insured".
Physical damage insurance on other property listed under "Security" above if "Y" appears under "Insured".
You may obtain any required insurance from anyone you choose and may assign any other policy of insurance you own to cover the security for this loan.
(See "Security" paragraph above for description of security to be insured.)

**NOTICE: THE FOLLOWING PAGES CONTAIN ADDITIONAL CONTRACT TERMS.**

04-16-01 NRE      MAB75021



*173000934388CEA9000MAB750210**KILEY      *      ORIGINAL

LOAN REPA_MENT AND SECURITY AGREEMEN_ (Page 3 of 3)

ALTERNATIVE DISPUTE RESOLUTION AND OTHER RIDERS. The terms of the Arbitration Agreement and any other Riders signed as part of this loan transaction are incorporated into this Agreement by reference.

APPLICABLE LAW. This loan is governed by the Massachusetts SLL, Chapter 140, Sections 96 to 114, Massachusetts General Laws, and the currently prevailing Rate Order issued under the SSL.

YOU HAVE RECEIVED A COMPLETE COPY OF THIS AGREEMENT AND THE TRUTH-IN-LENDING DISCLOSURES.

BORROWERS:

_____(SEAL)

_____(SEAL)

_____(SEAL)

WITNESS:

_____

04-16-01 NRE                                    MAB75023

*173000934388CEA9000MAB750230**KILEY      *           ORIGINAL

```
N1 KILEY
N2
X1
X2
FUND DATE   DATE 1ST PMT   DATE FINAL PMT    APR    CONT RATE    EFF DATE COV
 06 16 03    07 16 03       06 16 08        23.000   23.000
TOTAL OF PMTS   AMT FINANCED    PRINCIPAL    PROC AFTER INS  TRIAD SCEN ID
  10148.40       5999.90        5999.90        5999.90        098
TTL FIN CHG  SCHED INT DISC/LOAN FEES  MAINT FEES PPP  ORIG FEES  BUS CLS DT
  4148.50    4148.50              N                06 16 03
LIFE INS CHG   LIFE EXP DT DISAB INS CHG  DISAB EXP DT UNEMP CHG  UNEMP EXP DT
  NONE              NONE            NONE
LIFE COV    FORECL INS PREM   PROP INS PREM    PROP COV    PROP EXP DT
  NONE         NONE            NONE           NONE
RELI INS PREM    RELI COV    RELI EXP DT    NON FILING INS    PREM TYPE
  NONE          NONE          NONE            NONE
 1ST PAYMT   STD PYMT    BALLOON PMT    UNIT CHARGE    MOS CONT    FORM CDE
  169.14     169.14                       060         52-755-0
PAYMENT    INT/CH   PRINC    BALANCE   BY DATE    THRU/COMMENTS    V S WP
           3152.59  6995.81  4gA 031604  //04/13
INT SH 35.00
```



```
201-SERVICE            P  52:   , 00 545787 B/M  COLL Y
N1 KILEY        TRACY       A N2
111 W TASHMOO AVE                VINEYARD HAVE  MA  02568
SS# 012587554  PH# 508 696 8702 E1 DETRICK LAWRENCE IN  N1OA 1 N2OA   TLCC305
PAID THRU  DUE DATE  ACQ DATE  PYMT HISTORY     UBCP    DOD  N/A GRP SOL
 06/03    07/16/03       *7654321*          258   L   O   *
FUND DATE DT FNL PYT  PAY DAY  AMT FIN   TOTAL PYMT  STD PYMT  RATE   MOC
06/16/03  06/16/08  O16 C16  5999.90   10148.40   169.14  23.000 060
 LIFE INS   DISAB INS  UNEMP INS  SECUR     YTD INTEREST PAID    RCY
  NONE      NONE      NONE   N   MTGE     TOT INT        09
ACH   DISP AMT        NXT BR/ACCT 521704      RCNT 000 RS
 NET-BAL-DUE-INQ CDE   PROPERTY  PAY-TO-DT  PMT REF  DT     ADD
BUS UNIT BENEFICIAL                    PR
 PAYMENT   INT/CH   PRINC   BALANCE  BY DATE   THRU/COMMENTS    WP
         INT SH 35.00


000  980881         COMMENTS 980881  2      1730009343  9 88
B/M 041304 1150 N O H O W O LM  CIC  S   CM SERVICES AT 800-566-1040 AND SE
D PMTS TO HFC:961 WEIGEL DR. ATTN:CELLS DEPT. ELMHURTS,IL 60126      KEEP Y
H1    $     H2    $     PA:M  D  $    FL      FFL
B/M 041304 1150 N O H O W O LM  CIC  S   CM PREPARED 101 SUIT PACK FOR ATTY
SHECHTMAN AND HALPERIN REFER CALLS TO DELINQENCY...           KEEP Y
H1    $     H2    $     PA:M  D  $    FL      FFL
```

# HOUSEHOLD

MAIL PAYMENTS TO:
Beneficial Massachusetts Inc.
P.O. Box 4153
Carol Stream, Illinois 60197-4153

**TRACY KILEY**

PO BOX 2794
VINEYARD HAVE, MA, 02568

Date:

Friday, September 19, 2003

**Account Number: 521704-00-545787**

## NOTICE OF RIGHT TO CURE

**RIGHTS OF DEFAULTING CUSTOMER UNDER MASSACHUSETTES LAW**

You may cure your default for loan/sale, dated 06/16/2003, by paying to Beneficial Massachusetts Inc. (hereinafter referred to as Beneficial) P.O. Box 4153 Carol Stream, IL 60197-4193, $ 507.42 before Thursday, October 09, 2003. If you pay this amount within the time allowed you are no longer in default and may continue with this transaction as though no default has occurred.

If you do not cure your default by the date stated above, Benefical may accelerate the unpaid balance of the debt, may sue to obtain a judgement for the amount of the debt, or may take possession of any collateral. If Beneficial takes possession of any collateral, you may get it back by paying the amount of your debt, if you make the required payment within twenty days after Beneficial takes possession.

RTC - MA



MAIL PAYMENTS TO:
Beneficial Massachusetts Inc.
P.O. Box 4153
Carol Stream, Illinois 60197-4153

**TRACY KILEY**

111 W TASHMOO AVE
VINEYARD HAVE, MA, 02568

**Date:**

**Thursday, November 13, 2003**

**Account Number: 521704-00-545787**

## NOTICE OF RIGHT TO CURE

### RIGHTS OF DEFAULTING CUSTOMER UNDER MASSACHUSETTES LAW

You may cure your default for loan/sale, dated 06/16/2003, by paying to Beneficial Massachusetts Inc. (hereinafter referred to as Beneficial) P.O. Box 4153 Carol Stream, IL  60197-4193, $ 676.56 before Wednesday, December 03, 2003.  If you pay this amount within the time allowed you are no longer in default and may continue with this transaction as though no default has occurred.

If you do not cure your default by the date stated above, Benefical may accelerate the unpaid balance of the debt, may sue to obtain a judgement for the amount of the debt, or may take possession of any collateral.  If Beneficial takes possession of any collateral, you may get it back by paying the amount of your debt, if you make the required payment within twenty days after Beneficial takes possession.

RTC - MA



MAIL PAYMENTS TO:
Beneficial Massachusetts Inc.
P.O. Box 4153
Carol Stream, Illinois 60197-4153

**TRACY KILEY**

111 W TASHMOO AVE
VINEYARD HAVE, MA, 02568

**Date:**

**Friday, March 19, 2004**

**Account Number: 521704-00-545787**

## NOTICE OF RIGHT TO CURE

**RIGHTS OF DEFAULTING CUSTOMER UNDER MASSACHUSETTES LAW**

You may cure your default for loan/sale, dated 06/16/2003, by paying to Beneficial Massachusetts Inc. (hereinafter referred to as Beneficial) P.O. Box 4153 Carol Stream, IL 60197-4193, $ 1522.26 before Thursday, April 08, 2004. If you pay this amount within the time allowed you are no longer in default and may continue with this transaction as though no default has occurred.

If you do not cure your default by the date stated above, Benefical may accelerate the unpaid balance of the debt, may sue to obtain a judgement for the amount of the debt, or may take possession of any collateral. If Beneficial takes possession of any collateral, you may get it back by paying the amount of your debt, if you make the required payment within twenty days after Beneficial takes possession.

RTC - MA



**SHECHTMAN**

**HALPERIN**

**SAVAGE**

ATTORNEYS AT LAW

*A Limited Liability Partnership*



April 23, 2004

BY REGULAR MAIL and
CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Tracy A Kiley
111 W Tashmoo Ave
Vineyard Haven, Massachusetts 02568



RE:   BENEFICIAL MASSACHUSETTS INC.
      Our File No.: 04-00413-0
      Balance Due: $7,138.14

Dear Ms. Kiley:

This office represents Beneficial Massachusetts Inc. in connection with a claim against you for a past due balance owed in the amount indicated above.

Unless you dispute the validity of the debt or any portion thereof within 30 days of receiving this letter, we will assume the debt to be valid. If you notify us, in writing, within the thirty-day period that the debt or any portion thereof, is disputed, we will obtain verification of the debt (or a copy of the judgment against you, if applicable), and we will mail a copy of such verification or judgment to you.

Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

Please address all communications and make all payments DIRECTLY TO OUR PROVIDENCE OFFICE. You may also telephone us toll free at 877-575-1400.

Very truly yours,

Shawn M. Masterson

---

**THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

86 Weybosset Street / Providence / Rhode Island / 02903 / Tel. 401.272.1400 / Fax 401.272.1403
352 Newbury Street / Boston / Massachusetts / 02115 / Tel 617.267.7000 / Fax 617.267.7011
TOLL FREE 877-575-1400

WWW.SHSLAWFIRM.COM

# U.S. Party/Case Index

## Bankruptcy SSN/TIN Search Results

0 Total Party matches for selection        -7554 for ALL COURTS
Search Complete
Thu Oct 13 16:00:30 CDT 2005
No Matches Found

●Download (1 pages $ 0.00)



| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 10/13/2005 16:00:30 |||
| **PACER Login:** | sl0150 | **Client Code:** |
| **Description:** | Bankruptcy srch pg 1 | **Search Criteria:** | 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 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

### U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

??? Help

http://pacer.uspci.uscourts.gov/cgi-bin/dquery.pl                                10/13/2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENEFICIAL MASSACHUSETTS INC. )<br>Plaintiff, )<br>)<br>VS. )<br>)<br>TRACY A. KILEY A/K/A )<br>TRACY KILEY ELLIOTT )<br>Defendant )<br>) | No. 5CV10342MLW |

### PLAINTIFF/ COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff/Counterclaim Defendant, Beneficial Massachusetts Inc. ("Beneficial"), hereby moves, pursuant to Federal Rules of Civil Procedure 56, for an order dismissing Defendant/Counterclaim Plaintiff, Tracy A. Kiley a/k/a Tracy Kiley Elliott's, ("Kiley") Counterclaim in its entirety and for judgment in favor of Beneficial and against Kiley in the amount of $5,999.90, plus accrued interest in the amount of $1,138.24, plus a reasonable attorney's fee in the amount of $1,049.37 for a total recovery of $8,187.51, plus statutory interest and recoverable costs.. As grounds for this motion Beneficial states that there is no genuine issue as to any material fact and further that Beneficial is entitled to judgment as a matter of law. In support of this motion, Beneficial submits its Plaintiff's Affidavit of Jeri Harrington and its Memorandum of Law herewith.

WHEREFORE, Plaintiff/Counterclaim Defendant respectfully requests that its Motion for Summary Judgment be granted.

**Local Rule 7.1 (A)(2) Certification**

Counsel for Plaintiff/Counterclaim Defendant hereby certifies that he spoken with the *pro se* Defendant/Counterclaim Plaintiff, Tracy A. Kiley a/k/a Tracy Kiley Elliott, regarding the basis for this Motion but that the parties have not been able to reach an agreement.

                        Plaintiff/Counterclaim Defendant
                        By its Attorneys,
                        Shechtman Halperin Savage, LLP,

                        Shawn M. Masterson, BBO#658276
                        86 Weybosset Street
                        Providence, RI 02903
                        (401) 272-1400 phone
                        (401) 272-1403 fax

### Certificate of Service

I certify that the within Motion for Summary Judgment was served upon the following *pro se* Defendant/Counterclaim Plaintiff by first class mail, postage prepaid, on October 13, 2005:

Tracy A. Kiley a/k/a Tracy Kiley Elliott
108 West Tashmoo Avenue
Vineyard Haven, MA 02301

_____
Shawn M. Masterson, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BENEFICIAL MASSACHUSETTS INC. <br> Plaintiff, | ) ) ) ) |  |
| VS. | ) ) | No. 5CV10342MLW |
| TRACY A. KILEY A/K/A <br> TRACY KILEY ELLIOTT <br> Defendant | ) ) ) ) ) ) |  |

AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Jeri Harrington, upon oath depose and state as follows:

1. That I am employed at Beneficial Massachusetts, Inc and have personal knowledge about this matter.

2. That as an employee of Beneficial Massachusetts, Inc, the records and documents with regard to this matter are under my control and custody and I am therefore, competent to make the statements contained herein, which statements are made on personal knowledge.

3. That the documents and records referred to herein were made in the regular course of business, and it is the regular course of business of Beneficial Massachusetts, Inc to make such records at the time of such act, transaction, occurrence, or event or within a reasonable time thereafter.

4. That documents in my custody show that Tracy A Kiley a/k/a Tracy Kiley Elliott ("Defendant"), executed a Promissory Note dated June 16, 2003 (the "Note") presently held by Beneficial Massachusetts, Inc. A copy of the Note is attached hereto and as Exhibit A and is incorporated by reference.

5. That the Defendant has failed to make any payments in accordance with the terms of the Note. A copy of the payment history is attached hereto and as Exhibit B and is incorporated by reference.

6. That on or about November 13, 2003, Beneficial Massachusetts, Inc. sent Defendant a Notice to Cure Default letter. A copy of the Notice of Right to Cure letter is attached hereto and as Exhibit C and is incorporated by reference.

7. That Beneficial Massachusetts, Inc is presently owed the sum of $5,999.90 due on the Note, plus accrued interest as of September 13, 2005 in the amount of $1,138.24, plus attorney's fees in the amount of $1,049.37 as provided for in the Note for a total amount of $8,187.51, plus statutory interest from and after the filing of the Complaint.

8. That Beneficial Massachusetts, Inc has demanded payment in accordance with the Note and the Defendant has refused payment.

As to any facts known to me upon information and belief, I believe these facts to be true.

_____
Jeri Harrington

STATE OF VIRGINIA
COUNTY OF Virginia Beach

On September 13, 2005 appeared before me Jeri Harrington in his capacity for Beneficial Massachusetts, Inc and having read the foregoing attested that the above is true to the best of his knowledge and belief.

_____
NOTARY PUBLIC
My commission expires: 5/31/06