

**SHECHTMAN**
**HALPERIN**
**SAVAGE**
ATTORNEYS AT LAW

*A Limited Liability Partnership*

*Julie A. Zaccagnini*
*jzaccagnini@shlawri.com*

December 2, 2005

United States District Court
District of Massachusetts
Attn: Civil Clerk
1 Courthouse Way
Boston, Massachusetts 02210

RE:   Beneficial Massachusetts Inc vs. Tracy A. Kiley a/k/a Tracy Kiley Elliott
      C.A. No.: 1:05-cv-10342-MLW

Dear Sir/Madam:

Enclosed herewith please find an original and one (1) copy of a proposed Judgment for entry by this Court in the above referenced matter.

Once the Judgment is in fact entered, please provide me with an executed copy in the self-addressed, postage prepaid envelope provided.

Please feel free to contact me at the Providence number listed below should you have any questions or concerns.

Thank you for your kind attention to this matter.

Very truly yours,

Julie A. Zaccagnini
Legal Assistant

Enclosures

cc: Tracy A. Kiley a/k/a Tracy Kiley Elliott, *pro se*
    S. Farrell

86 WEYBOSSET STREET • PROVIDENCE • RHODE ISLAND • 02903 • TEL. 401.272.1400 • FAX 401.272.1403
352 NEWBURY STREET • BOSTON • MASSACHUSETTS • 02115 • TEL. 617.267.7000 • FAX 617.267.7011
WWW.SHSLAWFIRM.COM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| BENEFICIAL MASSACHUSETTS, INC.<br>Plaintiff,<br><br>VS.<br><br>TRACY A. KILEY A/K/A<br>TRACY KILEY ELLIOTT<br>Defendant. | No.   05CV10342MLW |

## JUDGMENT

This action came before the Court, Honorable Mark L. Wolf, on Plaintiff/Counterclaim Defendant, Beneficial Massachusetts, Inc.'s, Motion for Summary Judgment, and the issues having been duly presented and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

That the Plaintiff, Beneficial Massachusetts, Inc. recover of the Defendant, Tracy A. Kiley a/k/a Tracy Kiley Elliott the sum of $8,187.51, with interest thereon at a rate of twelve percent (12%) as provided by law, and its costs of action.

Dated at Boston, Massachusetts, this _____ day of December, 2005.

_____
Clerk of Court