UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>BENEFICIAL MASSACHUSETTS, INC.</u>**
     **Plaintiff**

    v.                                                       C.A. No. 05-10342-MLW

**<u>TRACEY A. KILEY A/K/A</u>**
**<u>TRACEY KILEY ELLIOTT</u>**
     **Defendants**

### <u>JUDGMENT</u>

**<u>WOLF, D. J.</u>**

In accordance with the Court's Order dated <u>November 28, 2005</u> allowing the <u>Plaintiff's/Counterclaim Defendant's</u> Motion for Summary Judgment (Docket No. 6), in the above-referenced action, it is hereby ORDERED, ADJUDGED AND DECREED:

That the <u>Plaintiff/Counterclaim Defendant</u>, Beneficial Massachusett's Inc., recover from the defendant, Tracey A. Kiley a/k/a Tracey Kiley Elliot, the sum of $8,187.51, with interest at the rate of twelve percent (12%) as provided by law, and court costs.

                                                                                 By the Court,

**<u>December 7, 2005</u>**                                                   /s/ Dennis O'Leary
**Date**                                                                              **Deputy Clerk**

(judge-sj.wpd - 12/98)                                                                          [jgm.]