UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BENEFICIAL MASSACHUSETTS, INC. )<br>Plaintiff, ) | |
| ) | |
| VS. ) | No.    05CV10342MLW |
| ) | |
| TRACY A. KILEY A/K/A )<br>TRACY KILEY ELLIOTT )<br>Defendant. ) | |

## **MOTION FOR ISSUANCE OF EXECUTION**

Now comes, Plaintiff/Defendant in Counterclaim, Beneficial Massachusetts, Inc.,

and hereby moves this Court to issue an execution in the amount of $8,187.51, with

interest at the rate of twelve percent (12%) as provided by law, and court costs, wherefore

Judgment having been entered by this Court on December 7, 2005. A copy of said

Judgment is attached hereto.

Plaintiff/Counterclaim Defendant
By its Attorneys,
Shechtman Halperin Savage, LLP

Shawn M. Masterson, BBO#658276
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

Dated : December 2c¹ , 2005

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that the within Motion for Issuance of Execution was served upon the following *pro se* Defendant/Counterclaim Plaintiff by first class mail, postage prepaid, on December 20th, 2005:

Tracy A. Kiley a/k/a Tracy Kiley Elliott
108 West Tashmoo Avenue
Vineyard Haven, MA 02301

Shawn M. Masterson, Esquire

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

<u>BENEFICIAL MASSACHUSETTS, INC.</u>
**Plaintiff**

v.                                                    **C.A. No. 05-10342-MLW**

<u>TRACEY A. KILEY A/K/A</u>
<u>TRACEY KILEY ELLIOTT</u>
**Defendants**


### <u>JUDGMENT</u>

<u>WOLF, D. J.</u>

In accordance with the Court's Order dated <u>November 28, 2005</u> allowing the

<u>Plaintiff's/Counterclaim Defendant's</u> Motion for Summary Judgment (Docket No. 6),

in the above-referenced action, it is hereby ORDERED, ADJUDGED AND DECREED:

That the <u>Plaintiff/Counterclaim Defendant</u>, Beneficial Massachusett's Inc.,

recover from the defendant, Tracey A. Kiley a/k/a Tracey Kiley Elliot, the sum of

$8,187.51, with interest at the rate of twelve percent (12%) as provided by law, and

court costs.

By the Court,


<u>December 7, 2005</u>                          <u>/s/ Dennis O'Leary</u>
Date                                        Deputy Clerk


(judge-sj].wpd - 12/98)                                        [lgm.]