UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| BENEFICIAL MASSACHUSETTS, INC. )<br>Plaintiff, )<br>)<br>VS. )<br>)<br>TRACY A. KILEY A/K/A )<br>TRACY KILEY ELLIOTT )<br>Defendant. ) | No.   05CV10342MLW |

## NOTICE OF CHANGE OF ADDRESS

Attorneys for the Plaintiff/Counterclaim Defendant, Shechtman Halperin Savage, LLP, hereby notify the parties in the above captioned action, that their address has changed to 1080 Main Street, Pawtucket, Rhode Island 02860.

Respectfully submitted,
Shechtman Halperin Savage, LLP

_____
Shawn M. Masterson, BBO#658276
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

Dated: December 20, 2005

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that a true and correct copy of the foregoing Notice of Change of Address was furnished via U.S. Mail, postage prepaid, to the following *pro se* Defendant/Counterclaim Plaintiff this ___20th___ day of December, 2005.

*Shawn M. Masterson*