UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                    CIVIL ACTION NO. 05-10342-MLW

      To the United States Marshal for the District of Massachusetts or either of her Deputies and to Deputy Sheriffs of the several counties of the Commonwealth of Massachusetts, Special Process Server:

      WHEREAS BENEFICIAL MASSACHUSETTS, INC. have recovered judgment against TRACY A. KILEY a.k.a. TRACY KILEY ELLIOT , on the 7TH day of DECEMBER, 2005 for the sum of $ 8,187.51, with post judgment interest rate of twelve percent (12%) as provided by law, as appears to us of record, whereof this First Execution remains to be done,

      WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 8,187.51 in the whole, and thereof also to satisfy yourself for your own fees.

      HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at One Courthouse Way, Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

      Dated this 12th day of January, 2006 .

                                                  SARAH A. THORNTON
                                                CLERK OF COURT

SEAL

                                                By: /s/ Dennis O'Leary
                                                **Deputy Clerk**

(firstexecution.wpd - 2/2000)                                                                                           [writexec.]